37623. BROWN v. BRYANT.

CLARKE, Justice.

The judgment of the trial court is affirmed pursuant to Rule 59.

*Jordan, C. J., Hill, P. J., Marshall, Smith and Gregory, JJ., concur.*

DECIDED SEPTEMBER 23, 1981.

*John A. Pickens,* for appellant.
*Luman C. Earle,* for appellee.